| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF WISCONSIN |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Ronald Jinsky, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Jinsky Trucking LLC

**3. Debtor's federal Employer Identification Number (EIN)**  
30-0875376

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2870 S Bartells Drive<br>Beloit, WI 53511<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Rock<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
https://www.jinskytrucking.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Ronald Jinsky, LLC** _____ Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4841__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Ronald Jinsky, LLC**                                                                                  Case number (*if known*)
      Name

| | | |
|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. | |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
■ 50-99               ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15.** **Estimated Assets**

☐ $0 - $50,000                ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000                ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                     page 3

| | |
|---|---|
| Debtor | **Ronald Jinsky, LLC** |
| | Name |

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Ronald Jinsky, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2025**
              MM / DD / YYYY

X **/s/ Brandon Jinsky**                                              **Brandon Jinsky**
Signature of authorized representative of debtor                      Printed name

Title   **Authorized Signer**

**18. Signature of attorney**

X **/s/ Daniel J. McGarry**                              Date **April 11, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Daniel J. McGarry 1052213**
Printed name

**Krekeler Law, S.C.**
Firm name

**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
Number, Street, City, State & ZIP Code

Contact phone   **(608) 258-8555**     Email address   **dmcgarry@ks-lawfirm.com**

**1052213 WI**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Ronald Jinsky, LLC | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WISCONSIN | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Slippery Nickel, LLC** 2870 S Bartells Drive Beloit, WI 53511 | | Lease agreement | | | | $198,266.08 |
| **Tandem Finance** 3801 Automation Way Suite 207 Fort Collins, CO 80525 | | 2018 International Trucks (3) Serial No. 3HSDZTZR1JN439492 Serial No. 3HSDZTZR1JN439493 Serial No. 3HSDZTZR1JN439495 | | $246,439.16 | $75,000.00 | $171,439.16 |
| **U.S. Small Business Administration Office of Disaster Assistance** 14925 Kingsport Road Fort Worth, TX 76155 | | Blanket Lien | | $166,135.66 | $0.00 | $166,135.66 |
| **BMO Bank NA** Attn: Bankruptcy 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047 | | 2018 International LT Series: LT625 6x4 (2) Serial No. 3HSDZTRZ5JN439494 Serial No. 3HSDZTZR6JN439505 | | $158,881.00 | $50,000.00 | $108,881.00 |
| **BMO Bank NA** Attn: Bankruptcy 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047 | | 2023 International LT Series: LT625 6x4 VIN: 3HSDZTZR8PN792255 | | $156,893.00 | $80,000.00 | $76,893.00 |

Debtor **Ronald Jinsky, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **BMO Bank NA** Attn: Bankruptcy 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047 | | **2024 International LT Series Serial No. 3HSDZTZR8N793232** | | $156,825.00 | $80,000.00 | $76,825.00 |
| **Kwik Trip Stores Inc.-Credit Dept PO Box 1597 La Crosse, WI 54602** | | **Business Expense** | | | | $73,483.37 |
| **BMO Bank NA** Attn: Bankruptcy 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047 | | **2021 International LT Series: LT625 6x4 (1) VIN: 3HSDZTZR4NN462254** *Originally 2 trailers, but VIN below was totaled in accident VIN: 3HSDZTZR4NN* | **Contingent** | $127,197.79 | $65,000.00 | $62,197.79 |
| **First National Bank & Trust Company 345 East Grand Avenue Beloit, WI 53511** | | **Blanket Lien? 2011 International Prostar VIN: 3HSCUAPR6AN174943 2020 International Prostar VIN: 3HSDZTZR9LN871539 2020 International Prostar VIN** | | $330,949.96 | $272,000.00 | $58,949.96 |
| **BMO Bank NA** Attn: Bankruptcy 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047 | | **2021 International LT Series: LT625 6x4 Serial No. 3HSDZTZR0NN462252** | | $118,209.00 | $65,000.00 | $53,209.00 |
| **BMO Bank NA** Attn: Bankruptcy 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047 | | **2022 International LT Series: LT625 6x4 VIN: 3HSDZTZR2NN462253** | | $113,141.00 | $65,000.00 | $48,141.00 |

Debtor **Ronald Jinsky, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BMO Bank NA**<br>**Attn: Bankruptcy**<br>**1 Corporate Drive,**<br>**Suite 360**<br>**Lake Zurich, IL**<br>**60047** | | **2019 International LT Series Serial No. 3HSDZTZR7KN264618** | | **$87,354.00** | **$45,000.00** | **$42,354.00** |
| **American Express**<br>**PO Box 60189**<br>**City of Industry, CA**<br>**91716-0189** | | **Business credit card charges** | | | | **$36,441.33** |
| **The Huntington National Bank**<br>**1405 Xenium Lane North (PCC180)**<br>**Minneapolis, MN 55441** | | **2018 International LT625 Tractor VIN: 3HSDZTZR4JN439499** | | **$45,323.08** | **$25,000.00** | **$20,323.08** |
| **BB Community Leasing Services, Inc.**<br>**7700 Mineral Point Road**<br>**Madison, WI 53717-1694** | | **2023 Stoughton Trailer ZGPVW-535T-S-C-AR Serial/VIN: 1DW1A5322PBB25041** | | **$46,261.84** | **$27,000.00** | **$19,261.84** |
| **BB Community Leasing Services, Inc.**<br>**7700 Mineral Point Road**<br>**Madison, WI 53717-1694** | | **2023 Stoughton Trailer ZGPVW-535T-S-C-AR Serial/VIN: 1DW1A5320PBB25040** | | **$46,261.84** | **$27,000.00** | **$19,261.84** |
| **BB Community Leasing Services, Inc.**<br>**7700 Mineral Point Road**<br>**Madison, WI 53717-1694** | | **2023 Stoughton Trailer ZGPVW-535T-S-C-AR Serial/VIN: 1DW1A5324PBB25039** | | **$46,261.84** | **$27,000.00** | **$19,261.84** |
| **BB Community Leasing Services, Inc.**<br>**7700 Mineral Point Road**<br>**Madison, WI 53717-1694** | | **2023 Stoughton Trailer ZGPVW-535T-S-C-AR Serial/VIN: 1DW1A5322PBB25038** | | **$46,261.84** | **$27,000.00** | **$19,261.84** |
| **BB Community Leasing Services, Inc.**<br>**7700 Mineral Point Road**<br>**Madison, WI 53717-1694** | | **2023 Stoughton Trailer ZGPVW-535T-S-C-AR Serial/VIN: 1DW1A5320PBB25037** | | **$46,261.84** | **$27,000.00** | **$19,261.84** |

Debtor   **Ronald Jinsky, LLC**                                  Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BB Community Leasing Services, Inc.**<br>**7700 Mineral Point Road**<br>**Madison, WI 53717-1694** | | **2023 Stoughton Trailer ZGPVW-535T-S-C-AR Serial/VIN: 1DW1A5329PBB25036** | | **$46,261.84** | **$27,000.00** | **$19,261.84** |

```
Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

Aaron McDonald
402 Clark Court
Poplar Grove, IL 61065

Alen Muhic
2633 Lorado Lane
Rockford, IL 61101

Altus Receivables Management
2121 Airline Drive
Suite 520
Metairie, LA 70001

American Express
PO Box 60189
City of Industry, CA 91716-0189

BB Community Leasing Services, Inc.
7700 Mineral Point Road
Madison, WI 53717-1694

Ben Papendorf
6395 West Cleophas Road
Beloit, WI 53511

Bill Nielsen
411 Grove Street
Janesville, WI 53545

BMO Bank NA
Attn: Bankruptcy
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047
```

```
Brandon Jinsky
1832 W. Walters Road
Beloit, WI 53511

Capital One
P.O. Box 7683
San Francisco, CA 94120-7683

Carl Johnson
11723 South County Road K
Beloit, WI 53511

Carla Haeger
725 East Baldwin Woods Road
Beloit, WI 53511

David Cook
3109 Park Avenue
Beloit, WI 53511

Dennis Belke
9517 W County Road H
Beloit, WI 53511

Dewey's Towing and Auto Repair
1633 Huebbe Pkwy
Beloit, WI 53511

EverBank N.A.
10 Waterview Blvd.
Parsippany, NJ 07054

First National Bank & Trust Company
345 East Grand Avenue
Beloit, WI 53511

Gail Pitel
808 Sue Lane
Clinton, WI 53525

Gary Pecoraro
204 Maple Avenue
Clinton, WI 53525

Internal Revenue Service
Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

Israel Alcantara
926 South Trainer Road
Rockford, IL 61108
```

```
John Baumeister
734 Masters Street
Beloit, WI 53511

John Nielsen
101 South Street
Monroe Center, IL 61052

Josh Scharre
169 Hononegah Road
Rockton, IL 61072

Keegan Jinsky
555 East Azalea Terrace
Beloit, WI 53511

Kwik Trip Stores Inc.-Credit Dept
PO Box 1597
La Crosse, WI 54602

Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143

Marshal Workman
2061 Bootmaker Drive
Beloit, WI 53511

Meiborg, Inc.
3814 11th Street
Rockford, IL 61109

Mike Cook
1420 Lilac Lane
Machesney Park, IL 61115

Mitsubishi HC Capital American
800 Connecticut Ave #4N
Norwalk, CT 06854-1631

Mitsubishi HC Captial American
800 Connecticut Ave #4N
Norwalk, CT 06854-1631

Norman Nutt
4429 Blackberry Knoll Drive
Loves Park, IL 61111

Pawnee Leasing Corporation
3801 Automation Way
Unit 207
Fort Collins, CO 80525
```

```
Quarles & Brady LLP
33 East Main Street
Suite 900
Madison, WI 53703

Ralph Heine
3724 Oak Lane Drive
Beloit, WI 53511

Ray Brown
2247 Park Avenue
Beloit, WI 53511

Ronald Jinsky
2870 South Bartells Drive
Beloit, WI 53511

Ronald Jinsky
1832 W. Walters Road
Beloit, WI 53511

Slippery Nickel LLC
2870 S Bartells Drive
Beloit, WI 53511-1704

Slippery Nickel, LLC
2870 S Bartells Drive
Beloit, WI 53511

Steve Waelti
5112 Cheney Drive
South Beloit, IL 61080

Summit Accounting
464 Midland Road
Janesville, WI 53546

Tandem Finance
3801 Automation Way
Suite 207
Fort Collins, CO 80525

The Huntington National Bank
1405 Xenium Lane North (PCC180)
Minneapolis, MN 55441

Thomas Halvorsen
12116 West Saint Lawrence Avenue
Beloit, WI 53511

Tyler Lambert
244 Sunset Drive
Janesville, WI 53548
```

```
U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155

US Bank Equipment Finance Servicing
13010 SW 68th Pkwy
Ste 100
Portland, OR 97223
```

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Ronald Jinsky, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ronald Jinsky, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 11, 2025**  
Date

**/s/ Daniel J. McGarry**  
**Daniel J. McGarry 1052213**  
Signature of Attorney or Litigant  
Counsel for **Ronald Jinsky, LLC**  
Krekeler Law, S.C.  
26 Schroeder Court, Suite 300  
Madison, WI 53711  
(608) 258-8555 Fax:(608) 258-8299  
dmcgarry@ks-lawfirm.com