**Fill in this information to identify the case:**

Debtor name    **Ronald Jinsky, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **3-25-10838**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs with attachments**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 2, 2025**      **X /s/ Brandon Jinsky**
                                        Signature of individual signing on behalf of debtor

                                        **Brandon Jinsky**
                                        Printed name

                                         **Authorized Signer**
                                         Position or relationship to debtor

Debtor name  **Ronald Jinsky, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WISCONSIN

Case number (if known)  **3-25-10838**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................   $     **2,177,731.06**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................   $     **2,177,731.06**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **2,859,339.53**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................   +$     **356,909.36**

4.  **Total liabilities** ..................................................................................................
Lines 2 + 3a + 3b      $     **3,216,248.89**

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Ronald Jinsky, LLC** |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN |
| Case number (if known)   **3-25-10838** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First National Bank and Trust Company (-$5,012.11) as of 12/31/2024** | **Business Checking Account** | **8771** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$0.00** |

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **Krekeler Law, S.C. Trust Account** | **$5,231.06** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | |
| --- | --- |
| | **$5,231.06** |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2018 International Trucks (3)**<br>**Serial No. 3HSDZTZR1JN439492**<br>**Serial No. 3HSDZTZR1JN439493**<br>**Serial No. 3HSDZTZR1JN439495** | **$0.00** | | **$75,000.00** |
| 47.2.  **2018 International LT Series: LT625 6x4**<br>**(2)**<br>**Serial No. 3HSDZTRZ5JN439494**<br>**Serial No. 3HSDZTZR6JN439505** | **$0.00** | | **$50,000.00** |
| 47.3.  **2019 International LT Series**<br>**Serial No. 3HSDZTZR7KN264618** | **$0.00** | | **$45,000.00** |

| 47.4. | **2021 International LT Series: LT625 6x4**<br>**Serial No. 3HSDZTZR0NN462252** | $0.00 | | $65,000.00 |
|---|---|---|---|---|
| 47.5. | **2018 International LT625 Tractor**<br>**VIN: 3HSDZTZR4JN439499** | $0.00 | | $25,000.00 |
| 47.6. | **2023 Stoughton Trailer**<br>**ZGPVW-535T-S-C-AR**<br>**Serial/VIN: 1DW1A5327PBB25035** | $0.00 | | $27,000.00 |
| 47.7. | **2023 Stoughton Trailer**<br>**ZGPVW-535T-S-C-AR**<br>**Serial/VIN: 1DW1A5329PBB25036** | $0.00 | | $27,000.00 |
| 47.8. | **2023 Stoughton Trailer**<br>**ZGPVW-535T-S-C-AR**<br>**Serial/VIN: 1DW1A5320PBB25037** | $0.00 | | $27,000.00 |
| 47.9. | **2023 Stoughton Trailer**<br>**ZGPVW-535T-S-C-AR**<br>**Serial/VIN: 1DW1A5322PBB25038** | $0.00 | | $27,000.00 |
| 47.10. | **2023 Stoughton Trailer**<br>**ZGPVW-535T-S-C-AR**<br>**Serial/VIN: 1DW1A5324PBB25039** | $0.00 | | $27,000.00 |
| 47.11. | **2023 Stoughton Trailer**<br>**ZGPVW-535T-S-C-AR**<br>**Serial/VIN: 1DW1A5320PBB25040** | $0.00 | | $27,000.00 |
| 47.12. | **2023 Stoughton Trailer**<br>**ZGPVW-535T-S-C-AR**<br>**Serial/VIN: 1DW1A5322PBB25041** | $0.00 | | $27,000.00 |
| 47.13. | **2023 Stoughton Trailer (3)**<br>**VIN:1DW1A5320PSB12434**<br>**VIN:1DW1A5322PSB12435**<br>**VIN:1DW1A5322PSB12437**<br><br>**\*Originally 4 trailers, but 1 was totaled in accident**<br>**Insurance company paid out $32,558.00** | $0.00 | | $81,000.00 |
| 47.14. | **2022 Stoughton Trailer (3)**<br>**VIN:1DW1A5327NBA82488**<br>**VIN:1DW1A5329NBA82489**<br>**VIN:1DW1A5325NBA82490** | $0.00 | | $81,000.00 |

| | | |
|---|---|---|
| 47.15 · | **2023 Stoughton Semi Trailer (7)**<br>**VIN:1DW1A5322PBB10281**<br>**VIN:1DW1A5328PBB10284**<br>**VIN:1DW1A5326PBB10283**<br>**VIN:1DW1A5324PBB10279**<br>**VIN:1DW1A5329PBB10245**<br>**VIN:1DW1A5325PBB10243**<br>**VIN:1DW1A5320PSB11560** | $0.00       $189,000.00 |
| 47.16 · | **2022 International LT Series: LT625 6x4**<br>**VIN: 3HSDZTZR2NN462253** | $0.00       $65,000.00 |
| 47.17 · | **2023 International LT Series: LT625 6x4**<br>**VIN: 3HSDZTZR8PN792255** | $0.00       $80,000.00 |
| 47.18 · | **2021 International LT Series: LT625 6x4**<br>**(1)**<br>**VIN: 3HSDZTZR4NN462254**<br><br>***Originally 2 trailers, but VIN below was**<br>**totaled in accident**<br>**VIN: 3HSDZTZR4NN462255**<br>**Insurance company paid out**<br>**$105,498.21 as of 03/10/2025** | $0.00       $65,000.00 |
| 47.19 · | **2020 International LT Semi Tractor**<br>**VIN: 3HSDZTZR2LN632026**<br>**VIN: 3HSDZTZR2LN631586** | $0.00       $64,000.00 |
| 47.20 · | **2022 Stoughton Trailer**<br>**VIN: 1DW1A5320NSA97525**<br>**VIN: 1DW1A5320NSA97526**<br>**VIN: 1DW1A5320NSA97527**<br>**VIN: 1DW1A5320NSA97528**<br>**VIN: 1DW1A5320NSA97529** | $0.00       $135,000.00 |
| 47.21 · | **2022 Stoughton Trailer**<br>**VIN: 1DW1A5322NBB09631**<br>**VIN: 1DW1A5324NBB09632** | $0.00       $54,000.00 |

Debtor

Ronald Jinsky, LLC
Name

Case number *(If known)* **3-25-10838**

| | | | |
|---|---|---|---|
| 47.22· | **2011 International Prostar**<br>**VIN: 3HSCUAPR6AN174943**<br>**2020 International Prostar**<br>**VIN: 3HSDZTZR9LN871539**<br>**2020 International Prostar**<br>**VIN: 3HSDZTZR5LN871540**<br>**2020 International Prostar**<br>**VIN: 3HSDZTZR8LN824258**<br>**2020 International Prostar**<br>**VIN: 3HSDZTZR7LN234634**<br>**2020 International Prostar**<br>**VIN: 3HSDZTZRXLN824259**<br>**2015 Hyundai 53' Trailer**<br>**Serial No. 3H3V532C2FT039025**<br>**2017 Great Dane Trailer**<br>**Serial No. 1GRAP0626HT616407**<br>**2017 Great Dane Trailer**<br>**Serial No. 1GRAP0627HT616397**<br>**2018 Great Dane Trailer**<br>**Serial No. 1GRAP0624JK278937**<br>**2016 Great Dan Trailer**<br>**Serial No. 1GRAP0626JK278938**<br>**2020 International MV-Series**<br>**Serial No. 1HTEUMML1LH498157** | $0.00 | $272,000.00 |
| 47.23· | **2024 International LT Series**<br>**Serial No. 3HSDZTZR8N793232** | $0.00 | $80,000.00 |
| 47.24· | **Trailers (7)** | $0.00 | $43,000.00 |
| 47.25· | **Plow Truck** | $0.00 | $35,000.00 |
| 47.26· | **2020 International LT625**<br>**VIN: 3HSDZTZR2LN632026** | $0.00 | $35,000.00 |
| 47.27· | **2020 International LT625**<br>**VIN: 3HSDZTZR2LN631586** | $0.00 | $35,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1. | **1978 Cessna 421C**<br>**Serial Number 421C0522** | $0.00 | $350,000.00 |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | **Scissor Lift** | $0.00 | $3,500.00 |
| | **Misc. Tools** | $0.00 | $25,000.00 |

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 5

| | | |
|---|---|---|
| **Misc. Parts** | $0.00 | $18,000.00 |
| **Forklift (2)** | $0.00 | $7,000.00 |
| **Pressure Washer** | $0.00 | $3,000.00 |
| **Lawn Mower** | $0.00 | $3,000.00 |

51.   **Total of Part 8.**                                                          | $2,172,500.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties**<br>**Wisconsin International Fuel Tax Agreement (IFTA) License**<br>**License Number: 30087537601**<br>**IFTA Account: 65453152740**<br>**Effective: 03/19/2025**<br>**Expires: 12/31/2025** | $0.00 | | $0.00 |
| **UCR Registration**<br>**Registered: 03/06/2025**<br>**Expires: 12/31/2025**<br>**USDOT# 500878** | $0.00 | | $0.00 |

| | | |
|---|---|---|
| **Temporary Wisconsin Apportioned Registration Cab Cards (21)** **Account: WI-085398** **Effective: 03/19/2025** **Expires: 04/17/2025** | $0.00 | $0.00 |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

$0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

**QSHERA/PeopleKeep HRA Plan**

$0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,231.06 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,172,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,177,731.06 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,177,731.06 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Advance Business Capital LLC** <br> Creditor's Name <br><br> **dba Triumph Business Capital** <br> **701 Canyon Drive** <br> **Suite 100** <br> **Coppell, TX 75019** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **02/06/2018** <br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **Factoring and Security Agreement - Triumph proports to hold a continuing first priority security interest in all of Debtor's Accounts, Chattel Paper, Instruments, Documents, General Intangibles, and the Proceeds thereof ("Collateral")** <br><br> **Describe the lien** <br> **UCC Financing Statement No. 180002011913** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | Unknown | Unknown |
| **2.2** **BB Community Leasing Services, Inc.** <br> Creditor's Name <br><br> **7700 Mineral Point Road** <br> **Madison, WI 53717-1694** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **10/04/2022** | **Describe debtor's property that is subject to a lien** <br> **2023 Stoughton Trailer ZGPVW-535T-S-C-AR Serial/VIN: 1DW1A5327PBB25035** <br><br> **Describe the lien** <br> **Equipment Finance Agreement** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $46,261.84 | $27,000.00 |

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BB Community Leasing Services, Inc.** | | $46,261.84 | $27,000.00 |

Creditor's Name

**7700 Mineral Point Road**
**Madison, WI 53717-1694**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Stoughton Trailer ZGPVW-535T-S-C-AR**
**Serial/VIN: 1DW1A5329PBB25036**

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**10/04/2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2002**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **BB Community Leasing Services, Inc.** | | $46,261.84 | $27,000.00 |

Creditor's Name

**7700 Mineral Point Road**
**Madison, WI 53717-1694**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Stoughton Trailer ZGPVW-535T-S-C-AR**
**Serial/VIN: 1DW1A5320PBB25037**

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**10/04/2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2003**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **BB Community Leasing Services, Inc.** | | $46,261.84 | $27,000.00 |

**Describe debtor's property that is subject to a lien**

---

Creditor's Name

**2023 Stoughton Trailer ZGPVW-535T-S-C-AR**
**Serial/VIN: 1DW1A5322PBB25038**

**7700 Mineral Point Road**
**Madison, WI 53717-1694**

Creditor's mailing address

**Describe the lien**

**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/04/2022**

**Last 4 digits of account number**
**2004**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **BB Community Leasing Services, Inc.** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Stoughton Trailer ZGPVW-535T-S-C-AR**
**Serial/VIN: 1DW1A5324PBB25039**

$46,261.84      $27,000.00

**7700 Mineral Point Road**
**Madison, WI 53717-1694**

Creditor's mailing address

**Describe the lien**

**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/04/2022**

**Last 4 digits of account number**
**2005**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **BB Community Leasing Services, Inc.** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Stoughton Trailer ZGPVW-535T-S-C-AR**
**Serial/VIN: 1DW1A5320PBB25040**

$46,261.84      $27,000.00

**7700 Mineral Point Road**
**Madison, WI 53717-1694**

Creditor's mailing address

**Describe the lien**

**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/04/2022**

**Last 4 digits of account number**

2006

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **BB Community Leasing Services, Inc.** | **Describe debtor's property that is subject to a lien** | $46,261.84 | $27,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Stoughton Trailer ZGPVW-535T-S-C-AR**<br>**Serial/VIN: 1DW1A5322PBB25041** | | |
| | **7700 Mineral Point Road**<br>**Madison, WI 53717-1694** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Equipment Finance Agreement** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **10/04/2022** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **2007** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **BMO Bank NA** | **Describe debtor's property that is subject to a lien** | $158,881.00 | $50,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 International LT Series: LT625 6x4 (2)**<br>**Serial No. 3HSDZTRZ5JN439494**<br>**Serial No. 3HSDZTZR6JN439505** | | |
| | **Attn: Bankruptcy**<br>**1 Corporate Drive, Suite 360**<br>**Lake Zurich, IL 60047** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Equipment Finance Agreement** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **04/01/2022** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1001** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | **BMO Bank NA** | **Describe debtor's property that is subject to a lien** | $87,354.00 | $45,000.00 |
|---|---|---|---|---|

**Creditor's Name**

**Attn: Bankruptcy**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/18/2022**
**Last 4 digits of account number**
**3001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2019 International LT Series**
**Serial No. 3HSDZTZR7KN264618**

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.11**

**BMO Bank NA**

Creditor's Name

**Attn: Bankruptcy**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/16/2021**
**Last 4 digits of account number**
**9001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 International LT Series: LT625 6x4**
**Serial No. 3HSDZTZR0NN462252**

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$118,209.00     $65,000.00

---

**2.12**

**BMO Bank NA**

Creditor's Name

**Attn: Bankruptcy**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2022 International LT Series: LT625 6x4**
**VIN: 3HSDZTZR2NN462253**

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

$113,141.00     $65,000.00

**Date debt was incurred**
**04/27/2021**
**Last 4 digits of account number**
**9001**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **BMO Bank NA** | | |
|---|---|---|---|

**BMO Bank NA**
Creditor's Name

**Attn: Bankruptcy**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/31/2023**
**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 International LT Series: LT625 6x4**
**VIN: 3HSDZTZR8PN792255**

**Describe the lien**
**Equipment Finance Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$156,893.00      $80,000.00

---

| 2.1 4 | **BMO Bank NA** | | |
|---|---|---|---|

**BMO Bank NA**
Creditor's Name

**Attn: Bankruptcy**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/30/2021**
**Last 4 digits of account number**
**8001**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2021 International LT Series: LT625 6x4 (1)**
**VIN: 3HSDZTZR4NN462254**

***Originally 2 trailers, but VIN below was totaled in accident**
**VIN: 3HSDZTZR4NN462255**
**Insurance company paid out $105,498.21 as of 03/10/2025**

**Describe the lien**
**Equipment Finance Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$127,197.79      $65,000.00

---

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **BMO Bank NA** | | |
|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/02/2023**
**Last 4 digits of account number**
**9805**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 International LT Series
Serial No. 3HSDZTZR8N793232**

$156,825.00      $80,000.00

**Describe the lien**
**Equipment Finance Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **First National Bank & Trust Company** | | |
|---|---|---|---|

Creditor's Name

**345 East Grand Avenue
Beloit, WI 53511**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/20/2021**
**Last 4 digits of account number**
**3811**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Stoughton Trailer (3)
VIN:1DW1A5320PSB12434
VIN:1DW1A5322PSB12435
VIN:1DW1A5322PSB12437**

**\*Originally 4 trailers, but 1 was totaled in accident
Insurance company paid out $32,558.00**

$32,218.14      $81,000.00

**Describe the lien**
**Equipment Finance Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **First National Bank & Trust Company** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**      $27,588.21      $81,000.00

**2022 Stoughton Trailer (3)**
**VIN:1DW1A5327NBA82488**
**VIN:1DW1A5329NBA82489**
**VIN:1DW1A5325NBA82490**

**345 East Grand Avenue**
**Beloit, WI 53511**
Creditor's mailing address

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/14/2021**

**Last 4 digits of account number**
**2650**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 8 | **First National Bank & Trust Company** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**      $176,558.49      $189,000.00

**2023 Stoughton Semi Trailer (7)**
**VIN:1DW1A5322PBB10281**
**VIN:1DW1A5328PBB10284**
**VIN:1DW1A5326PBB10283**
**VIN:1DW1A5324PBB10279**
**VIN:1DW1A5329PBB10245**
**VIN:1DW1A5325PBB10243**
**VIN:1DW1A5320PSB11560**

**345 East Grand Avenue**
**Beloit, WI 53511**
Creditor's mailing address

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/08/2022**

**Last 4 digits of account number**
**6009**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 9 | **First National Bank & Trust Company** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**      $330,949.96      $272,000.00

Creditor's Name

**Blanket Lien?**
**2011 International Prostar**
**VIN: 3HSCUAPR6AN174943**
**2020 International Prostar**
**VIN: 3HSDZTZR9LN871539**
**2020 International Prostar**
**VIN: 3HSDZTZR5LN871540**
**2020 International Prostar**
**VIN: 3HSDZTZR8LN824258**

**345 East Grand Avenue**
**Beloit, WI 53511**

Creditor's mailing address

Describe the lien
**Promissory Note**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**01/28/2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5942**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 0 | **First National Bank & Trust Company** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien      **$163,193.63**      **Unknown**

**All inventory, equipment, accounts, chattel
paper, instruments, letter-of-credit rights,
letters of credit, documents, deposit
accounts, investment property, money, other
rights to payment and performance, and
general intangibles...**

**345 East Grand Avenue**
**Beloit, WI 53511**

Creditor's mailing address

Describe the lien
**Commercial Loan**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**01/12/2023**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7244**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 1 | **First National Bank & Trust Company** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien      **$81,455.89**      **$64,000.00**

**2020 International LT Semi Tractor**
**VIN: 3HSDZTZR2LN632026**
**VIN: 3HSDZTZR2LN631586**

**345 East Grand Avenue**
**Beloit, WI 53511**

Creditor's mailing address

Describe the lien

Equipment Finance Agreement

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**12/03/2021**

**Last 4 digits of account number**
**3329**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **First National Bank & Trust Company** | Describe debtor's property that is subject to a lien | $77,639.86 | $135,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Stoughton Trailer**
**VIN: 1DW1A5320NSA97525**
**VIN: 1DW1A5320NSA97526**
**VIN: 1DW1A5320NSA97527**
**VIN: 1DW1A5320NSA97528**
**VIN: 1DW1A5320NSA97529**

**345 East Grand Avenue**
**Beloit, WI 53511**

Creditor's mailing address

**Describe the lien**

Equipment Finance Agreement

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**12/03/2021**

**Last 4 digits of account number**
**3345**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **First National Bank & Trust Company** | Describe debtor's property that is subject to a lien | $32,392.08 | $54,000.00 |
|---|---|---|---|---|

Creditor's Name

**345 East Grand Avenue**
**Beloit, WI 53511**

Creditor's mailing address

**2022 Stoughton Trailer**
**VIN: 1DW1A5322NBB09631**
**VIN: 1DW1A5324NBB09632**

**Describe the lien**

Equipment Finance Agreement

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**01/06/2022**

**Last 4 digits of account number**
**3798**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.24 | **First National Bank & Trust Company** | | | |
|---|---|---|---|---|

Creditor's Name

**345 East Grand Avenue
Beloit, WI 53511**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**12/03/2021**

Last 4 digits of account number
**3332**

Describe debtor's property that is subject to a lien
**1978 Cessna 421C
Serial Number 421C0522**

$179,111.70    $350,000.00

Describe the lien
**Equipment Finance Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.25 | **Mitsubishi HC Capital American** | | | |
|---|---|---|---|---|

Creditor's Name

**800 Connecticut Ave #4N
Norwalk, CT 06854-1631**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/23/2020**

Last 4 digits of account number
**4869**

Describe debtor's property that is subject to a lien
**2020 International LT625
VIN: 3HSDZTZR2LN632026**

$29,000.00    $35,000.00

Describe the lien
**Equipment Finance Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.26 | **Mitsubishi HC Capital American** | | | |
|---|---|---|---|---|

Creditor's Name

**800 Connecticut Ave #4N
Norwalk, CT 06854-1631**

Describe debtor's property that is subject to a lien
**2020 International LT625
VIN: 3HSDZTZR2LN631586**

$29,000.00    $35,000.00

Creditor's mailing address

**Describe the lien**

**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**10/23/2020**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4868**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Tandem Finance** | **Describe debtor's property that is subject to a lien** | $246,439.16 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**3801 Automation Way
Suite 207
Fort Collins, CO 80525**

**2018 International Trucks (3)
Serial No. 3HSDZTZR1JN439492
Serial No. 3HSDZTZR1JN439493
Serial No. 3HSDZTZR1JN439495**

Creditor's mailing address

**Describe the lien**

**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**04/13/2022**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3105**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **The Huntington National Bank** | **Describe debtor's property that is subject to a lien** | $45,323.08 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**1405 Xenium Lane North
(PCC180)
Minneapolis, MN 55441**

**2018 International LT625 Tractor
VIN: 3HSDZTZR4JN439499**

Creditor's mailing address

**Describe the lien**

**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**04/13/2022**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **U.S. Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**Office of Disaster Assistance**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/14/2019**

**Last 4 digits of account number**
**7004**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**
**Disaster COVID 19 Economic Injury (EIDL)**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$166,135.66      $0.00

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $2,859,339.53

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **EverBank N.A.**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | Line **2.9** | |
| **EverBank N.A.**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | Line **2.10** | |
| **EverBank N.A.**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | Line **2.11** | |
| **EverBank N.A.**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | Line **2.12** | |
| **EverBank N.A.**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | Line **2.13** | |

| | | |
|---|---|---|
| **EverBank N.A.**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | Line __2.14__ | |
| **EverBank N.A.**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | Line __2.15__ | |
| **Pawnee Leasing Corporation**<br>**3801 Automation Way**<br>**Unit 207**<br>**Fort Collins, CO 80525** | Line __2.27__ | |
| **Quarles & Brady LLP**<br>**33 East Main Street**<br>**Suite 900**<br>**Madison, WI 53703** | Line __2.2__ | |
| **Quarles & Brady LLP**<br>**33 East Main Street**<br>**Suite 900**<br>**Madison, WI 53703** | Line __2.3__ | |
| **Quarles & Brady LLP**<br>**33 East Main Street**<br>**Suite 900**<br>**Madison, WI 53703** | Line __2.4__ | |
| **Quarles & Brady LLP**<br>**33 East Main Street**<br>**Suite 900**<br>**Madison, WI 53703** | Line __2.5__ | |
| **Quarles & Brady LLP**<br>**33 East Main Street**<br>**Suite 900**<br>**Madison, WI 53703** | Line __2.6__ | |
| **Quarles & Brady LLP**<br>**33 East Main Street**<br>**Suite 900**<br>**Madison, WI 53703** | Line __2.7__ | |
| **Quarles & Brady LLP**<br>**33 East Main Street**<br>**Suite 900**<br>**Madison, WI 53703** | Line __2.8__ | |
| **US Bank Equipment Finance Servicing**<br>**13010 SW 68th Pkwy**<br>**Ste 100**<br>**Portland, OR 97223** | Line __2.10__ | 0000 |

Debtor name      **Ronald Jinsky, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known)   **3-25-10838**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address

**Aaron McDonald**
**402 Clark Court**
**Poplar Grove, IL 61065**

As of the petition filing date, the claim is:        **$0.00**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

**2.2** Priority creditor's name and mailing address

**Alen Muhic**
**2633 Lorado Lane**
**Rockford, IL 61101**

As of the petition filing date, the claim is:        **$0.00**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ben Papendorf**
**6395 West Cleophas Road**
**Beloit, WI 53511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Bill Nielsen**
**411 Grove Street**
**Janesville, WI 53545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Brandon Jinsky**
**1832 W. Walters Road**
**Beloit, WI 53511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Carl Johnson**
**11723 South County Road K**
**Beloit, WI 53511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Carla Haeger**
**725 East Baldwin Woods Road**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**David Cook**
**3109 Park Avenue**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Dennis Belke**
**9517 W County Road H**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Gail Pitel**
**808 Sue Lane**
**Clinton, WI 53525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|--------|--------|--------|--------|

**Gary Pecoraro**
**204 Maple Avenue**
**Clinton, WI 53525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|--------|--------|--------|--------|

**Internal Revenue Service**
**Insolvency Unit**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|--------|--------|--------|--------|

**Israel Alcantara**
**926 South Trainer Road**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|--------|--------|--------|--------|

**John Baumeister**
**734 Masters Street**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| Name | |

---

**2.15**   Priority creditor's name and mailing address

**John Nielsen**
**101 South Street**
**Monroe Center, IL 61052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16**   Priority creditor's name and mailing address

**Josh Scharre**
**169 Hononegah Road**
**Rockton, IL 61072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17**   Priority creditor's name and mailing address

**Keegan Jinsky**
**555 East Azalea Terrace**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18**   Priority creditor's name and mailing address

**Marshal Workman**
**2061 Bootmaker Drive**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|------|----------------------------------------------|----------------------------------------------------------------------|-------|-------|

**Mike Cook**
**1420 Lilac Lane**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|------|----------------------------------------------|--|-------|-------|

**Norman Nutt**
**4429 Blackberry Knoll Drive**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|------|----------------------------------------------|--|-------|-------|

**Ralph Heine**
**3724 Oak Lane Drive**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|------|----------------------------------------------|--|-------|-------|

**Ray Brown**
**2247 Park Avenue**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ronald Jinsky**
**2870 South Bartells Drive**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Steve Waelti**
**5112 Cheney Drive**
**South Beloit, IL 61080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Thomas Halvorsen**
**12116 West Saint Lawrence**
**Avenue**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tyler Lambert**
**244 Sunset Drive**
**Janesville, WI 53548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ongoing Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.27 Priority creditor's name and mailing address

**Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708**

As of the petition filing date, the claim is: **$0.00 | $0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express
PO Box 60189
City of Industry, CA 91716-0189**

**$36,441.33**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Mult.**

Last 4 digits of account number **3008**

Basis for the claim: **Business credit card charges**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Capital One
P.O. Box 7683
San Francisco, CA 94120-7683**

**$17,385.37**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Mult.**

Last 4 digits of account number **3387**

Basis for the claim: **Business credit card charges**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Dewey's Towing and Auto Repair
1633 Huebbe Pkwy
Beloit, WI 53511**

**$7,865.77**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024 & 2025**

Last 4 digits of account number **_**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**Kwik Trip Stores Inc.-Credit Dept
PO Box 1597
La Crosse, WI 54602**

**$73,483.37**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Mult.**

Last 4 digits of account number **_**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**Meiborg, Inc.
3814 11th Street
Rockford, IL 61109**

**$13,621.67**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198,266.08 |
|---|---|---|---|

**Slippery Nickel, LLC**
**2870 S Bartells Drive**
**Beloit, WI 53511**

Date(s) debt was incurred  __12/01/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease agreement__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,845.77 |
|---|---|---|---|

**Summit Accounting**
**464 Midland Road**
**Janesville, WI 53546**

Date(s) debt was incurred  __2024 & 2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounting expense__

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**2121 Airline Drive**<br>**Suite 520**<br>**Metairie, LA 70001** | Line __3.4__<br><br>☐ Not listed. Explain _____ | __ |
| 4.2 | **Leviton Law Firm, Ltd.**<br>**One Pierce Place, Suite 725W**<br>**Itasca, IL 60143** | Line __3.4__<br><br>☐ Not listed. Explain _____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 356,909.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 356,909.36 |

Fill in this information to identify the case:

Debtor name **Ronald Jinsky, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) **3-25-10838**

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Fuel Purchase Agreement between Ronald Jinsky, LLC and Meiborg Bros. Ronald Jinsky, LLC (Jinsky Trucking) agrees to buy fuel through Meiborg Bros' (MBI) Purchasing Program. Agreement dated July 15, 2019 through December 31, 2019. Debtor states that the agreement is still in effect even though the agreement termination date of December 31, 2019 has passed.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Meiborg, Inc.**<br>**3814 11th Street**<br>**Rockford, IL 61109** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2020 International LT625 VIN: 3HSDZTZR2LN631586** | |
| State the term remaining | **12/23/20-10/23/25** | |
| List the contract number of any government contract | | **Mitsubishi HC Captial American**<br>**800 Connecticut Ave #4N**<br>**Norwalk, CT 06854-1631** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2020 International LT625 VIN: 3HSDZTZR2LN632026 12/23/20-10/23/25** |  |
| --- | --- | --- | --- |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Mitsubishi HC Captial American 800 Connecticut Ave #4N Norwalk, CT 06854-1631** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease between Lessor, Slippery Nickel, LLC and Lessee, Ronald Jinsky, LLC. Lease of 2870 South Bartells Drive, Beloit, WI 53511. Lease signed December 1, 2019. Lease for a term of ten (10) years. Lessee shall have the option to extend the lease for two (2) additional terms, the first term being for five (5) years and the second term being for five (5) years plus six (6) months. Monthly rent of $3,010.00 per month.** |  |
| --- | --- | --- | --- |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Slippery Nickel, LLC 2870 S Bartells Drive Beloit, WI 53511** |

Debtor name  **Ronald Jinsky, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WISCONSIN

Case number (if known)  **3-25-10838**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Brandon Jinsky** | **1832 W. Walters Road Beloit, WI 53511 Personal Guaranty** | **BMO Bank NA** | ■ D  **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Brandon Jinsky** | **1832 W. Walters Road Beloit, WI 53511 Personal Guaranty** | **Tandem Finance** | ■ D  **2.27**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Brandon Jinsky** | **1832 W. Walters Road Beloit, WI 53511 Personal Guaranty** | **The Huntington National Bank** | ■ D  **2.28**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Ronald Jinsky** | **1832 W. Walters Road Beloit, WI 53511 Personal Guaranty** | **BMO Bank NA** | ■ D  **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Ronald Jinsky** | **1832 W. Walters Road Beloit, WI 53511 Personal Guaranty** | **BB Community Leasing Services, Inc.** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.6 | **Ronald Jinsky** | **1832 W. Walters Road**<br>**Beloit, WI 53511**<br>**Personal Guaranty dated January 28, 2021** | **First National Bank &**<br>**Trust Company** | ■ D   **2.17**<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.7 | **Ronald Jinsky** | **1832 W. Walters Road**<br>**Beloit, WI 53511**<br>**Personal Guaranty dated January 28, 2021** | **First National Bank &**<br>**Trust Company** | ■ D   **2.21**<br>☐ E/F _____<br>☐ G _____ |

| 2.8 | **Ronald Jinsky** | **1832 W. Walters Road**<br>**Beloit, WI 53511**<br>**Personal Guaranty dated January 28, 2021** | **First National Bank &**<br>**Trust Company** | ■ D   **2.24**<br>☐ E/F _____<br>☐ G _____ |

| 2.9 | **Ronald Jinsky** | **1832 W. Walters Road**<br>**Beloit, WI 53511**<br>**Personal Guaranty dated January 28, 2021** | **First National Bank &**<br>**Trust Company** | ■ D   **2.22**<br>☐ E/F _____<br>☐ G _____ |

| 2.10 | **Ronald Jinsky** | **1832 W. Walters Road**<br>**Beloit, WI 53511**<br>**Personal Guaranty dated January 28, 2021** | **First National Bank &**<br>**Trust Company** | ■ D   **2.23**<br>☐ E/F _____<br>☐ G _____ |

| 2.11 | **Ronald Jinsky** | **1832 W. Walters Road**<br>**Beloit, WI 53511**<br>**Personal Guaranty dated January 28, 2021** | **First National Bank &**<br>**Trust Company** | ■ D   **2.16**<br>☐ E/F _____<br>☐ G _____ |

| 2.12 | **Ronald Jinsky** | **1832 W. Walters Road**<br>**Beloit, WI 53511**<br>**Personal Guaranty dated January 28, 2021** | **First National Bank &**<br>**Trust Company** | ■ D   **2.19**<br>☐ E/F _____<br>☐ G _____ |

| 2.13 | **Ronald Jinsky** | **1832 W. Walters Road**<br>**Beloit, WI 53511**<br>**Personal Guaranty dated January 28, 2021** | **First National Bank &**<br>**Trust Company** | ■ D   **2.18**<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.14 | Ronald Jinsky | 1832 W. Walters Road<br>Beloit, WI 53511<br>Personal Guaranty dated January 28, 2021 | First National Bank &<br>Trust Company | ■ D   **2.20**<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Ronald Jinsky | 1832 W. Walters Road<br>Beloit, WI 53511<br>Personal Guaranty | Tandem Finance | ■ D   **2.27**<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Ronald Jinsky | 1832 W. Walters Road<br>Beloit, WI 53511<br>Personal Guaranty | The Huntington<br>National Bank | ■ D   **2.28**<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Ronald Jinsky | 1832 W. Walters Road<br>Beloit, WI 53511<br>Unconditional Guaranty | U.S. Small Business<br>Administration | ■ D   **2.29**<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Slippery Nickel<br>LLC | 2870 S Bartells Drive<br>Beloit, WI 53511-1704<br>Borrower | U.S. Small Business<br>Administration | ■ D   **2.29**<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Brandon Jinsky | 1832 W. Walters Road<br>Beloit, WI 53511<br>Personal Guaranty | Meiborg, Inc. | ☐ D _____<br>☐ E/F _____<br>■ G   **2.1** |

**Fill in this information to identify the case:**

Debtor name    **Ronald Jinsky, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **3-25-10838**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$1,575,460.65** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | **$3,897,048.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | **$4,988,599.00** |
| **For the fiscal year:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | **$4,476,863.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  Meiborg Brothers Inc.<br>3814 11th Street<br>Rockford, IL 61109 | ***See<br>Attached | $275,989.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  First National Bank & Trust Company<br>345 East Grand Avenue<br>Beloit, WI 53511 | ***See<br>Attached | $115,574.58 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  Capital One<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | ***See<br>Attached | $158,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__Credit Card__ |
| 3.4.  Amercian Express<br>PO Box 981532<br>El Paso, TX 79998 | ***See<br>Attached | $51,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__Credit Card__ |
| 3.5.  ICW Group<br>PO Box 31001-3421<br>Pasadena, CA 91110-3421 | ***See<br>Attached | $43,315.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__Workman's Comp Insurance__ |
| 3.6.  Acuity Insurance<br>2800 South Taylor Drive<br>Sheboygan, WI 53081 | ***See<br>Attached | $56,248.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__Insurance__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| BMO Bank NA<br>Attn: Bankruptcy<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047 | 2021 International LT Series: LT625 6x4<br>VIN: 3HSDZTZR4NN462254 | 01/18/2025 | $65,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | State of Wisconsin vs. Ronald Jinsky LLC<br>2024TR01331 | Traffic Forfeiture | Dane County Circuit Court<br>215 South Hamilton Street<br>Room 1000<br>Madison, WI 53703-3285 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | Ronald Jinsky LLC vs. Mad City Liquidation LLC<br>2024SC006836 | Small Claims | Dane County Circuit Court<br>215 South Hamilton Street<br>Room 1000<br>Madison, WI 53703-3285 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | Ronald Jinsky LLC vs. Walker Allen Lillard<br>2024SC003994 | Small Claims | Rock County Circuit Court<br>51 S. Main St.<br>Janesville, WI 53545 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | Ronald Jinsky LLC vs. Walker Allen Lillard<br>2024SC003393 | Small Claims | Rock County Circuit Court<br>51 S. Main St.<br>Janesville, WI 53545 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | BB Community Leasing Services, Inc. vs. Ronald Jinsky LLC et al<br>2024CV001254 | Civil | Rock County Circuit Court<br>51 S. Main St.<br>Janesville, WI 53545 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

---

**Part 4:**   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2023 Stoughton Trailer VIN:1DW1A5322PSB12436**<br><br>**Trailer totaled in accident on December 9, 2024.** | **$32,558.00 to First National Bank and Trust** | **12/09/2024** | **$27,000.00** |
| **2021 International LT Series: LT625 6x4 VIN: 3HSDZTZR4NN462255**<br><br>**Tractor totaled in accident on December 9, 2024** | **$67,352.30 to BMO Bank, N.A.** | **12/09/2024** | **$65,000.00** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 10/08/2024 - $1,481.20<br>11/13/2024 - $1,744.00<br>12/09/2024 - $750.00<br>01/15/2025 - $2,127.50<br>02/11/2025 - $5,123.26<br>03/12/2025 - $2,434.70<br>04/08/2025 - $1,627.08<br>04/11/2025 - $4,243.20 | |
| | **Krekeler Law SC**<br>**26 Schroeder Court, Suite 300**<br>**Madison, WI 53711** | | | **$19,530.94** |

Email or website address
**https://ks-lawfirm.com**

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Facebook Marketplace User** | **2022 Stoughton Trailer**<br>**VIN: 1DW1A5327NBA82491** | | **$60,000.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.2. | **Nate Roth**<br>**Facebook Marketplace User**<br>**Chetek, WI** | **2014 Volvo Skidsteer** | | **$25,000.00** |
| | Relationship to debtor<br>**N/A** | | | |

---

## Part 7:    Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

**profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

---

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Summit Accounting**<br>**464 Midland Road**<br>**Janesville, WI 53546** | **2021-2024** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☑ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.   **First National Bank & Trust Company**<br>**345 East Grand Avenue**<br>**Beloit, WI 53511** |

| Name and address |
|---|
| 26d.2.    **Johnson Bank**<br>**PO Box 547**<br>**Racine, WI 53401-0547** |
| 26d.3.    **U.S. Small Business Administration**<br>**Office of Disaster Assistance**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** |
| 26d.4.    **Summit Accounting**<br>**464 Midland Road**<br>**Janesville, WI 53546** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brandon Jinsky** | **1832 W. Walters Road**<br>**Beloit, WI 53511** | **Owner** | **1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ronald Jinsky** | **1832 W. Walters Road**<br>**Beloit, WI 53511** | **Owner** | **99%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>. **Brandon Jinsky**<br>**1832 W. Walters Road**<br>**Beloit, WI 53511** | **$143,000.00 Gross** | **\*\*\*See Attached** | **Salary** |
| **Relationship to debtor**<br>**Owner** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 **Ronald Jinsky**<br>**1832 W. Walters Road**<br>**Beloit, WI 53511** | **$40,000.00 Gross** | **\*\*\*See Attached** | **Salary** |
| **Relationship to debtor**<br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  2, 2025**

**/s/ Brandon Jinsky**                                          **Brandon Jinsky**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Authorized Signer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Jinsky Trucking

# Payroll summary by employee report

From Jan 01, 2025 to May 01, 2025 for Jinsky, Ronald G from all locations

| Payroll | Total | Jinsky, Ronald G |
|---|---|---|
| **Hours** | **600h** | **600h** |
| Regular Pay | 600h | 600h |
| **Gross** | **$12,000.00** | **$12,000.00** |
| Regular Pay | $12,000.00 | $12,000.00 |
| **Adjusted gross** | **$12,000.00** | **$12,000.00** |
| **Other pay** | . | . |
| **Employee taxes & deductions** | **-$2,258.55** | **-$2,258.55** |
| **Employee taxes** | **-$2,258.55** | **-$2,258.55** |
| Federal Income Tax | -$852.00 | -$852.00 |
| Social Security | -$744.00 | -$744.00 |
| Medicare | -$174.00 | -$174.00 |
| WI Income Tax | -$488.55 | -$488.55 |
| **Net pay** | **$9,741.45** | **$9,741.45** |
| **Employer taxes & contributions** | **$1,092.00** | **$1,092.00** |
| **Employer taxes** | **$1,092.00** | **$1,092.00** |
| FUTA Employer | $42.00 | $42.00 |
| Social Security Employer | $744.00 | $744.00 |
| Medicare Employer | $174.00 | $174.00 |
| WI SUI Employer | $132.00 | $132.00 |
| **Total payroll cost** | **$13,092.00** | **$13,092.00** |

:.onpay.

Number of employees paid during the selected period  1

| Pay Type | Hours/Units | Pay Amount |
|---|---|---|
| Regular | 1400.000 | 28000.00 |
| | **1400.000** | **$28,000.00** |

| Employee Taxes | Subject Wages | Tax Amount |
|---|---|---|
| Social Security | **$28,000.00** | $1,736.00 |
| Federal Income Tax | **$28,000.00** | $2,022.65 |
| Medicare | **$28,000.00** | $406.00 |
| Wisconsin State Tax | **$28,000.00** | $1,139.95 |
| | | **$5,304.60** |

| Deduction | Deduction Amount |
|---|---|
| | **$0.00** |

| Employer Taxes | Subject Wages | Tax Amount |
|---|---|---|
| Employer Social Security Tax | $28,000.00 | $1,736.00 |
| Federal Unemployment Tax | $1,600.00 | $9.60 |
| Employer Medicare Tax | $28,000.00 | $406.00 |
| Wisconsin State Unemployment Tax | $2,000.00 | $34.00 |
| | | **$2,185.60** |

| Employee Benefit | Benefit Amount |
|---|---|
| | **$0.00** |

| | | | | |
|---|---|---|---|---|
| Payroll Totals = $30,185.60 | Gross = $28,000.00 | Benefits = $0.00 | Deductions = $0.00 | Total Net = $22,695.40 |
| Total Taxes = $7,490.20 | 941 Taxes = 6306.65 | EE Taxes = $5,304.60 | ER Taxes = $2,185.60 | Chk = $3,890.28 DD = 18805.12 |

Jinsky Trucking

# **Payroll summary by employee report**

From Jan 01, 2025 to May 01, 2025 for Jinsky, Brandon S from all locations

| Payroll | Total | Jinsky, Brandon S |
|---|---|---|
| **Hours** | **750h** | **750h** |
| Salary | 750h | 750h |
| **Gross** | **$39,000.00** | **$39,000.00** |
| Salary | $39,000.00 | $39,000.00 |
| **Adjusted gross** | **$39,000.00** | **$39,000.00** |
| **Other pay** | | - |
| **Employee taxes & deductions** | **-$11,220.00** | **-$11,220.00** |
| **Employee taxes** | **-$11,220.00** | **-$11,220.00** |
| Federal Income Tax | -$6,258.15 | -$6,258.15 |
| Social Security | -$2,418.00 | -$2,418.00 |
| Medicare | -$565.50 | -$565.50 |
| WI Income Tax | -$1,978.35 | -$1,978.35 |
| **Net pay** | **$27,780.00** | **$27,780.00** |
| **Employer taxes & contributions** | **$3,179.50** | **$3,179.50** |
| **Employer taxes** | **$3,179.50** | **$3,179.50** |
| FUTA Employer | $42.00 | $42.00 |
| Social Security Employer | $2,418.00 | $2,418.00 |
| Medicare Employer | $565.50 | $565.50 |
| WI SUI Employer | $154.00 | $154.00 |
| **Total payroll cost** | **$42,179.50** | **$42,179.50** |

**..onpay**

Number of employees paid during the selected period: 1

| Pay Type | Hours/Units | Pay Amount |
|---|---|---|
| Salary | 1600.000 | 104000.00 |
| Regular | 0.000 | 0.00 |
| | **1600.000** | **$104,000.00** |

| Employee Taxes | Subject Wages | Tax Amount |
|---|---|---|
| Social Security | $104,000.00 | $6,448.00 |
| Federal Income Tax | $104,000.00 | $18,489.18 |
| Medicare | $104,000.00 | $1,508.00 |
| Wisconsin State Tax | $104,000.00 | $5,275.60 |
| | | **$31,720.78** |

| Deduction | Deduction Amount |
|---|---|
| | **$0.00** |

| Employer Taxes | Subject Wages | Tax Amount |
|---|---|---|
| Employer Social Security Tax | $104,000.00 | $6,448.00 |
| Federal Unemployment Tax | $5,200.00 | $31.20 |
| Employer Medicare Tax | $104,000.00 | $1,508.00 |
| Wisconsin State Unemployment Tax | $5,200.00 | $88.40 |
| | | **$8,075.60** |

| Employee Benefit | Benefit Amount |
|---|---|
| | **$0.00** |

| | | | | |
|---|---|---|---|---|
| Payroll Totals = $112,075.60 | Gross = $104,000.00 | Benefits = $0.00 | Deductions = $0.00 | Total Net = $72,279.22 |
| Total Taxes = $39,796.38 | 941 Taxes = 34401.18 | EE Taxes = $31,720.78 | ER Taxes = $8,075.60 | Chk = $16,260.30 DD = 56018.92 |

| Creditor | Dates | Amount | Reason |
|---|---|---|---|
| Amex | 4/10/2025 | $500.00 | Credit Card |
| Amex | 4/7/2025 | $1,000.00 | Credit Card |
| Amex | 4/2/2025 | $1,500.00 | Credit Card |
| Amex | 3/21/2025 | $2,000.00 | Credit Card |
| Amex | 3/17/2025 | $2,000.00 | Credit Card |
| Amex | 3/12/2025 | $3,000.00 | Credit Card |
| Amex | 3/10/2025 | $500.00 | Credit Card |
| Amex | 3/5/2025 | $1,000.00 | Credit Card |
| Amex | 3/3/2025 | $1,500.00 | Credit Card |
| Amex | 3/3/2025 | $1,500.00 | Credit Card |
| Amex | 2/26/2025 | $1,500.00 | Credit Card |
| Amex | 2/24/2025 | $1,500.00 | Credit Card |
| Amex | 2/24/2025 | $1,500.00 | Credit Card |
| Amex | 2/20/2025 | $1,000.00 | Credit Card |
| Amex | 2/19/2025 | $3,000.00 | Credit Card |
| Amex | 2/18/2025 | $500.00 | Credit Card |
| Amex | 2/13/2025 | $2,000.00 | Credit Card |
| Amex | 2/12/2025 | $750.00 | Credit Card |
| Amex | 2/10/2025 | $1,500.00 | Credit Card |
| Amex | 2/5/2025 | $5,000.00 | Credit Card |
| Amex | 2/3/2025 | $8,500.00 | Credit Card |
| Amex | 1/31/2025 | $1,000.00 | Credit Card |
| Amex | 1/30/2025 | $1,000.00 | Credit Card |
| Amex | 1/27/2025 | $1,000.00 | Credit Card |
| Amex | 1-27-25 | $500.00 | Credit Card |
| Amex | 1/24/2025 | $6,500.00 | Credit Card |
| Amex | 1-23-25 | $1,000.00 | Credit Card |
| Amex | 1-21-25 | $450.00 | Credit Card |
| Amex | 1-21-25 | $300.00 | Credit Card |
| **Amex** | **Total** | **$51,250.00** | **Credit Card** |
| | | | |
| Capital One | 4/25/2025 | $1,500.00 | Credit Card |
| Capital One | 4/24/2025 | $3,000.00 | Credit Card |
| Capital One | 4/23/2025 | $3,000.00 | Credit Card |
| Capital One | 4/22/2025 | $1,500.00 | Credit Card |
| Capital One | 4/21/2025 | $3,000.00 | Credit Card |
| Capital One | 4/21/2025 | $2,500.00 | Credit Card |
| Capital One | 4/18/2025 | $2,000.00 | Credit Card |
| Capital One | 4/17/2025 | $1,500.00 | Credit Card |
| Capital One | 4/16/2025 | $1,500.00 | Credit Card |
| Capital One | 4/15/2025 | $3,500.00 | Credit Card |
| Capital One | 4/15/2025 | $2,500.00 | Credit Card |
| Credit Card | 4/14/2025 | $3,500.00 | Credit Card |

| | | | |
|---|---|---|---|
| Credit Card | 4/14/2025 | $2,000.00 | Credit Card |
| Credit Card | 4/11/2025 | $3,000.00 | Credit Card |
| Credit Card | 4/10/2025 | $3,000.00 | Credit Card |
| Credit Card | 4/9/2025 | $2,000.00 | Credit Card |
| Credit Card | 4/8/2025 | $1,500.00 | Credit Card |
| Credit Card | 4/7/2025 | $2,000.00 | Credit Card |
| Credit Card | 4/7/2025 | $2,000.00 | Credit Card |
| Credit Card | 4/4/2025 | $2,500.00 | Credit Card |
| Credit Card | 4/3/2025 | $3,000.00 | Credit Card |
| Credit Card | 4/2/2025 | $2,500.00 | Credit Card |
| Credit Card | 3/31/2025 | $2,000.00 | Credit Card |
| Credit Card | 3/31/2025 | $2,000.00 | Credit Card |
| Credit Card | 3/7/2025 | $1,500.00 | Credit Card |
| Credit Card | 3/26/2025 | $1,500.00 | Credit Card |
| Credit Card | 3/25/25 | $1,500.00 | Credit Card |
| Credit Card | 3/25/2025 | $1,500.00 | Credit Card |
| Credit Card | 3/24/2025 | $2,000.00 | Credit Card |
| Credit Card | 3/24/2025 | $2,000.00 | Credit Card |
| Credit Card | 3/21/2025 | $1,500.00 | Credit Card |
| Credit Card | 3/20/2025 | $2,000.00 | Credit Card |
| Credit Card | 3/18/2025 | $2,000.00 | Credit Card |
| Credit Card | 3/18/2025 | $1,500.00 | Credit Card |
| Credit Card | 3/17/2025 | $2,500.00 | Credit Card |
| Capital One | 3/17/2025 | $2,500.00 | Credit Card |
| Credit Card | 3/14/2025 | $3,000.00 | Credit Card |
| Credit Card | 3/13/25 | $2,500.00 | Credit Card |
| Credit Card | 3/12/2025 | $2,500.00 | Credit Card |
| Credit Card | 3/11/2025 | $2,000.00 | Credit Card |
| Credit Card | 3/11/2025 | $1,500.00 | Credit Card |
| Credit Card | 3/10/2025 | $2,500.00 | Credit Card |
| Credit Card | 3/7/2025 | $2,000.00 | Credit Card |
| Credit Card | 3/6/2025 | $1,500.00 | Credit Card |
| Credit Card | 3-5-25 | $1,500.00 | Credit Card |
| Credit Card | 3/4/2025 | $2,000.00 | Credit Card |
| Capital One | 3/4/2025 | $1,000.00 | Credit Card |
| Credit Card | 3/3/2025 | $2,500.00 | Credit Card |
| Credit Card | 3/3/2025 | $1,500.00 | Credit Card |
| Capital One | 2/28/2025 | $2,500.00 | Credit Card |
| Credit Card | 2/27/2025 | $1,500.00 | Credit Card |
| Credit Card | 2/25/25 | $1,500.00 | Credit Card |
| Credit Card | 2/24/2025 | $2,000.00 | Credit Card |
| Credit Card | 2/24/2025 | $1,500.00 | Credit Card |
| Credit Card | 2/21/2025 | $2,000.00 | Credit Card |

| | | | |
|---|---|---|---|
| Credit Card | 2/20/2020 | $1,500.00 | Credit Card |
| Credit Card | 2/19/2025 | $3,000.00 | Credit Card |
| Credit Card | 2/18/2025 | $1,500.00 | Credit Card |
| Credit Card | 2/18/2025 | $1,000.00 | Credit Card |
| Credit Card | 2/18/2025 | $1,000.00 | Credit Card |
| Capital One | 2/14/2025 | $1,500.00 | Credit Card |
| Credit Card | 2/13/2025 | $1,500.00 | Credit Card |
| Credit Card | 2/12/2025 | $1,500.00 | Credit Card |
| Capital One | 2/11/2025 | $1,000.00 | Credit Card |
| Credit Card | 2/10/2025 | $2,000.00 | Credit Card |
| Credit Card | 2/10/25 | $1,500.00 | Credit Card |
| Credit Card | 2/7/2025 | $1,500.00 | Credit Card |
| Credit Card | 2/5/2025 | $2,000.00 | Credit Card |
| Credit Card | 2/4/2025 | $1,500.00 | Credit Card |
| Credit Card | 2/3/2025 | $2,500.00 | Credit Card |
| Credit Card | 2/3/2025 | $2,000.00 | Credit Card |
| Credit Card | 1/29/2025 | $1,000.00 | Credit Card |
| Credit Card | 1/28/2025 | $1,000.00 | Credit Card |
| Credit Card | 1/28/2025 | $1,000.00 | Credit Card |
| Credit Card | 1/27/2025 | $2,000.00 | Credit Card |
| Credit Card | 1/22/2025 | $2,000.00 | Credit Card |
| Credit Card | 1/21/2025 | $2,500.00 | Credit Card |
| Credit Card | 1/21/2025 | $2,500.00 | Credit Card |
| Credit Card | 1/21/2025 | $2,500.00 | Credit Card |
| Credit Card | 1/21/2025 | $500.00 | Credit Card |
| Credit Card | 1/15/2025 | $1,500.00 | Credit Card |
| **Capital One** | **Total** | **$158,500.00** | **Credit Card** |
| | | | |
| FNBT | 4-14-25 | $6,322.69 | Loan Payment |
| FNBT | 4/10/2025 | $5,909.23 | Loan Payment |
| FNBT | 4/6/2025 | $1,352.35 | Loan Payment |
| FNBT | 4/6/2025 | $2,704.69 | Loan Payment |
| FNBT | 4/3/2025 | $3,370.75 | Loan Payment |
| FNBT | 4/3/2025 | $2,494.83 | Loan Payment |
| FNBT | 4/3/2025 | $3,536.53 | Loan Payment |
| FNBT | 3/31/2025 | $12,833.79 | Loan Payment |
| FNBT | 3-14-25 | $6,322.69 | Loan Payment |
| FNBT | 3/10/2025 | $5,909.23 | Loan Payment |
| FNBT | 3/6/2025 | $1,352.35 | Loan Payment |
| FNBT | 3/6/2025 | $2,704.69 | Loan Payment |
| FNBT | 3/3/2025 | $3,370.75 | Loan Payment |
| FNBT | 3/3/2025 | $2,494.83 | Loan Payment |

| | | | |
|---|---|---|---|
| FNBT | 3/3/2025 | $3,536.53 | Loan Payment |
| FNBT | 3/31/2025 | $12,833.79 | Loan Payment |
| FNBT | 2-14-25 | $6,322.69 | Loan Payment |
| FNBT | 2/10/2025 | $5,909.23 | Loan Payment |
| FNBT | 2/6/2025 | $1,352.35 | Loan Payment |
| FNBT | 2/6/2025 | $2,704.69 | Loan Payment |
| FNBT | 2/3/2025 | $3,370.75 | Loan Payment |
| FNBT | 2/3/2025 | $2,494.83 | Loan Payment |
| FNBT | 2/3/2025 | $3,536.53 | Loan Payment |
| FNBT | 2/31/2025 | $12,833.79 | Loan Payment |
| **FNBT** | **Total** | **$115,574.58** | **Loan Payment** |
| | | | |
| Meiborg | 4/25/2025 | $14,142.69 | Fuel |
| Meiborg | 4/25/2025 | $2,000.00 | Fuel |
| Meiborg | 4/18/2025 | $14,302.02 | Fuel |
| Meiborg | 4/18/2025 | $2,000.00 | Fuel |
| Meiborg | 4/11/2025 | $13,917.51 | Fuel |
| Meiborg | 4/11/2025 | $2,000.00 | Fuel |
| Meiborg | 4/4/2025 | $14,613.54 | Fuel |
| Meiborg | 4/4/2025 | $2,000.00 | Fuel |
| Meiborg | 3/28/2025 | $14,394.25 | Fuel |
| Meiborg | 3/28/2025 | $2,000.00 | Fuel |
| Meiborg | 3/28/2025 | $14,867.08 | Fuel |
| Meiborg | 3/21/2028 | $14,842.08 | Fuel |
| Meiborg | 3/21/2025 | $2,000.00 | Fuel |
| Meiborg | 3/14/2025 | $13,022.19 | Fuel |
| Meiborg | 3/14/2025 | $2,000.00 | Fuel |
| Meiborg | 3/7/2025 | $17,941.50 | Fuel |
| Meiborg | 3/7/2025 | $2,000.00 | Fuel |
| Meiborg | 3/3/2025 | $2,000.00 | Fuel |
| Meiborg | 2/28/2025 | $16,233.09 | Fuel |
| Meiborg | 2/21/2025 | $17,415.42 | Fuel |
| Meiborg | 2/21/2025 | $2,000.00 | Fuel |
| Meiborg | 2/14/2025 | $17,805.84 | Fuel |
| Meiborg | 2/14/2025 | $2,000.00 | Fuel |
| Meiborg | 2/7/2025 | $15,883.86 | Fuel |
| Meiborg | 1/31/2025 | $15,123.51 | Fuel |
| Meiborg | 1/31/2025 | $2,000.00 | Fuel |
| Meiborg | 1/24/2025 | $17,464.88 | Fuel |
| Meiborg | 1/24/2025 | $2,000.00 | Fuel |
| Meiborg | 1/17/2025 | $16,019.56 | Fuel |
| Meiborg | 1/17/2025 | $2,000.00 | Fuel |

| | | | |
|---|---|---|---|
| **Meiborg** | **Total** | **$275,989.02** | **Fuel** |
| | | | |
| SBA Loan | 4/1/2025 | $1,268.64 | Building loan |
| SBA Loan | 3-3-25 | $1,268.64 | Building loan |
| SBA Loan | 2/3/25 | $1,268.64 | Building loan |
| **SBA Loan** | **Total** | **$3,805.92** | **Building loan** |
| | | | |
| ICW | 4-1-25 | $8,663.00 | Wormans comp |
| ICW | 2-12-25 | $8,663.00 | Wormans comp |
| ICW | 2-3-25 | $8,663.00 | Wormans comp |
| ICW | 1-30-25 | $8,663.00 | Wormans comp |
| ICW | 1-21-25 | $8,663.00 | Wormans comp |
| **ICW** | **Total** | **$43,315.00** | **Wormans comp** |
| | | | |
| American Family | 3-26-25 | $1,441.04 | Life insurance |
| American Family | 2-26-25 | $1,441.04 | Life insurance |
| American Family | 1-26-25 | $1,441.04 | Life insurance |
| **American Family** | **Total** | **$4,323.12** | **Life insurance** |
| | | | |
| Verizon | 3-18-25 | $844.89 | Phones |
| **Verizon** | **Total** | **$844.89** | **Phones** |
| | | | |
| Acuity | 3-12-25 | $26,776.20 | Insurance |
| Acuity | 1-24-25 | $29,472.21 | Insurance |
| **Acuity** | **Total** | **$56,248.41** | **Insurance** |
| | | | |
| Mitsubishi | 1-23-25 | 1997.53 | Truck Payment |
| Mitsubishi | 1-23-25 | 1997.53 | Truck Payment |
| **Mitsubishi** | **Total** | **3995.06** | **Truck Payment** |
| | | | |
| Krekler | 1-21-25 | 10000 | Lawyer |
| **Krekler** | **Total** | **10000** | **Lawyer** |

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Ronald Jinsky, LLC**                              Case No. _____

                                             Debtor(s)            Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered on behalf of the debtor)s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services I have agreed to accept: | $444.00/hr. for J. David Krekeler<br>$350.00/hr. for Daniel J. McGarry |
| Prior to the filing of this statement I have received: | $19,530.94 including filing fee of $1,738 |
| Balance Due: | $444.00/hr. for J. David Krekeler<br>$350.00/hr. for Daniel J. McGarry |

2.   The source of the compensation paid to me was:   <u>X</u> Debtor     ____ Other:

3.   The source of compensation to be paid to me is:   <u>X</u> Debtor     ____ Other

4.   <u>X</u> I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
__ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Other provisions needed.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:   May 2, 2025                               */s/ Daniel J. McGarry*_____
                                                  Daniel J. McGarry
                                                  State Bar No. 1052213
                                                  Krekeler  Law, S.C.

# United States Bankruptcy Court
## Western District of Wisconsin

In re __Ronald Jinsky, LLC__        Case No. __3-25-10838__

Debtor(s)      Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brandon Jinsky**<br>**1832 W. Walters Road**<br>**Beloit, WI 53511** | | | **1%** |
| **Ronald Jinsky**<br>**2870 South Bartells Drive**<br>**Beloit, WI 53511** | | | **99%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Authorized Signer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __May 2, 2025__        Signature __/s/ Brandon Jinsky__

                                              **Brandon Jinsky**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.